# WILLIAM DUNNING v. TOWNSHIP DRAIN COMMISSIONER ET AL.

*Proceedings to lay out township ditch—Notice.*

Proceedings to lay out a township drain should not be set aside except for substantial defects; and where a person interested has had actual notice, and has taken part up to the time when a jury was struck for the purpose of condemning land and assessing the costs, he cannot be supposed to have been taken by surprise.

*Certiorari* to Drain Commissioner and Township Clerk. Submitted October 20. Decided November 9.

*A. Stout* for plaintiff· in *certiorari.*

COOLEY, J. This is a proceeding instituted to set aside the action of the respondent as township drain commissioner of Essex in Clinton county, and of the jury summoned by him, in laying out a township drain, taking land for the purpose, and assessing the costs. All the errors assigned relate to the finding of the jury and the previous proceedings, and with the exception of those which relate to the giving of notice to the parties concerned and the filing of proof thereof, are somewhat technical. It appears from the return·that plaintiff in *certiorari* had actual notice and took part in the proceedings before and at the time when the jury was struck, and there is no reason to suppose he has been taken by surprise in any of the proceedings. We are not inclined to reverse such proceedings except for very substantial faults, and the present case, in our opinion, does not call for our intervention.

The writ of *certiorari* will be quashed.

The other Justices concurred.